# UNITED STATES DISTRICT FEDERAL CLAIMS COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

Case No.:

**Cleopatra Nita Trumbley**,
Plaintiff,

v.

**William H. Gates III**,
Defendant

## FEDERAL CLAIMS STATEMENT

**STATEMENT OF FEDERAL CLAIMS** Pursuant to 28 U.S.C. § 1491 and applicable federal jurisdiction over executive custodianship, fiduciary succession, and corporate governance, I, **Cleopatra Nita Trumbley**, assert a formal monetary claim in the amount of:

## Ten Million Dollars ($10,000,000 USD)

This claim arises from:

1. **Beneficial Ownership Interest**: One-third controlling interest in Microsoft Corporation, derived from irrevocable trust succession and DBA custodianship under "Paul Alan" (Mark Alan Trumbley).
2. **Executive Appointment and Custodianship**: My designation as **Top Secret Control Officer (TSCO)**, with fiduciary oversight of classified and executive-level records.
3. **Denial of Access and Recognition**: Unlawful obstruction of board entry, custodial access, and executive privileges by corporate agents and affiliates.
4. **Losses Incurred**: Financial, reputational, and operational damages resulting from delayed recognition, denial of fiduciary control, and suppression of federal appointment records.
5. **Supporting Documentation**: Trust instruments, appointment letters, sealed custodial certifications, and federal correspondence available for sealed review.

**Relief Requested:**

- Monetary award of $10,000,000 USD
- Formal recognition of executive status and board entry
- Enforcement of custodial rights and fiduciary control
- Expedited review under federal claims jurisdiction

**Respectfully submitted,** Cleopatra Nita Trumbley 8919 Circle Drive Dunkerton, IA 50626 cleopatra.trumbley@outlook.com (319) 504-1208

Signature: *Cleopatra Nita Trumbley* Date: *Sept 29, 2025*